IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KARL JULIUS JAMES,

                        ORDER

        Plaintiff,

                        08-cv-568-bbc

    v.

MICHAEL THURMER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

For the reasons expressed in the order entered in this case on June 12, 2009, plaintiff's second motion to refund money paid towards his filing fees, dkt. #33, is DENIED.

Entered this 6th day of July, 2009.

                        BY THE COURT:

                        /s/ Barbara B. Crabb

                        _____
                        BARBARA B. CRABB
                        District Judge

1